**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STEPHANIE SCHWARTZ,
Plaintiff,

v. Civil No. 99-1254(DWF/AJB)

RICHARD ANDERSON,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

ROBERT THOMAS,
Plaintiff,

v. Civil No. 00-1378(DSD/JMM)

RICHARD ANDERSON,
Defendant.

Case No. 99-1254 having been assigned to Judge Donovan W. Frank and Case No. 00-1378 having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1378 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 15th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: August 16, 2000

DAVID S. DOTY
Judge of United States District Court

Filed AUG 17 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Please use new case number 00-1378 DWF/AJB