**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Stephanie Schwartz,
Plaintiff,

v. Civil No: 99-1254 (DWF/AJB)

Richard Anderson,
Defendant.

---

Robert Thomas,
Plaintiff,

vs. Civil No: 00-1378 (DWF/AJB)

Richard Anderson,
Defendant.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER IN FILE NO: 99-1254**

---

The parties, by and through their respective counsel, request amendment of the Court's Pretrial Order filed October 15, 1999, in *Schwartz v. Anderson*, File No. 99-1254, regarding deadline for dispositive motions.

**WHEREAS**, since the case of *Schwartz v. Anderson* was filed, another action, *Thomas v. Anderson*, File No. 00-1378, based on the same incident, was filed in the United States District Court, District of Minnesota;

**WHEREAS**, pursuant to the Pretrial Scheduling Order in the *Thomas v. Anderson* matter dated August 15, 2000, the parties have until January 1, 2001, to serve and file dispositive motions;

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the above cases are based on the same incident, alleging virtually identical claims against the same defendant and Defendant intends to bring a dispositive motion in both cases;

**WHEREAS**, pursuant to an order filed August 17, 2000, the above-entitled cases were both assigned to Judge Donovan W. Frank as being related cases;

**WHEREAS**, in the interest of justice, economy and judicial efficiency, Defendant intends to bring simultaneous motions for summary judgment in both of the cases and that such motions would appropriately be heard together at the same hearing as a significant portion of the facts and the law supporting such motion for summary judgment will be identical;

**THEREFORE**, the parties have agreed to extend the time for Defendant to serve and file a dispositive motion in the matter of *Schwartz v. Anderson* to December 1, 2000.

Dated: Sept 20, 00

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________

Pierre N. Regnier (A.R.#90232)
Joseph E. Flynn (A.R.#165712)
Attorneys for Defendant
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-6500

Dated: 9-22-00

**GARTNER, BENNETT & SCHUPP, P.C.**

By:________________________

Eric Hageman (A.R.# [illegible] )
Attorneys for Plaintiffs
2200 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 333-3839

**ORDER**

Pursuant to stipulation of the parties, and in accordance with the provisions of Rule 15 of the Federal Rules of Civil Procedure, to administer the course of this litigation in a manner which promotes the interest of justice, economy and judicial efficiency, **IT IS HEREBY ORDERED**:

1. That the Pretrial Order filed October 15, 1999, concerning Defendant's expert disclosure, is amended as follows:

> Any dispositive motions shall be served and filed by the parties by December 1, 2000;

2. That all dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**BY THE COURT:**

Dated: 9/27/00

Honorable Arthur J. Boylan
Judge of U.S. District Court