**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Stephanie Schwartz, Civil Case No. 99-1254 (DWF/AJB)

Plaintiff,

v.

Richard Anderson, in both
his individual and official
capacities as a Stillwater
police officer,

Defendant,

and

**ORDER TO AMEND**

Robert Thomas, Civil Case No. 00-1378 (DWF/AJB)

Plaintiff,

v.

Richard Anderson, in both
his individual and official
capacities as a Stillwater
police officer,

Defendant.

---

Eric Hageman, Esq., Gartner, Bennett & Schupp, 2200 One Financial Plaza, 120 South Sixth Street, Minneapolis, Minnesota 55402-1824, appeared on behalf of Plaintiff.

Joseph E. Flynn, Esq., Jardine, Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, Saint Paul, Minnesota 55101-2179, appeared on behalf of Defendant.

---

JUN 18 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

The above-entitled matter is before the undersigned District Judge pursuant to Defendant's Motion to Correct Clerical Mistakes in Order Pursuant to Rule 60 of Fed. R. Civ. P. Defendant's motion is based upon the Court's finding in its Memorandum Opinion dated May 24, 2001, that Plaintiff's claims for punitive damages should be dismissed. As Defendant correctly points out, the Court did not make that finding a separate provision of its Order, and the Court agrees to do so at this time. For the reasons stated, **LET IT BE ORDERED** THAT:

1. Defendant's Motion to Correct Clerical Mistakes in Order Pursuant to Rule 60 of Fed. R. Civ. P. (Doc. No. 20) is **GRANTED**;

2. The Court directs that the following provision be added to its May 24, 2001, Order and that it be interpreted consistent with the May 24, 2001, Memorandum Opinion and Order:

   a. Plaintiffs' claims for punitive damages are **DISMISSED WITH PREJUDICE**; and

3. In all other respects, the Court's Memorandum Opinion and Order, dated May 24, 2001, remains in full force and effect.

Dated: June 18, 2001

DONOVAN W. FRANK
Judge of United States District Court