**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT THOMAS,

Plaintiff,

v.

RICHARD ANDERSON, in both his individual and official capacities as a Stillwater police officer,

Defendant.

Civil No. 00-1378 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Robert Bennett, Esq., and Eric Hageman, Esq., Gartner Bennett & Schupp, 2200 One Financial Plaza, 120 South 6th Street, Minneapolis, MN 55402-1824, counsel for Plaintiff.

Pierre Regnier, Esq., Joseph Flynn, Esq., and Allison Swanson, Esq., Jardine Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101-2179, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 26, 2001

DONOVAN W. FRANK
Judge of United States District Court

OCT 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK