**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Robert Thomas, Civil No: 00-1378 (DWF/AJB)

Plaintiff,

v.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

Richard Anderson, in both his individual and official capacities as Stillwater Police Officer

Defendant.

---

The undersigned hereby advises the Court that all claims by the Plaintiff Robert Thomas against Defendant Richard Anderson, either officially or individually or otherwise, in the above-entitled cause of action are hereby dismissed. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Robert Thomas and his attorneys, Gartner, Bennett & Schupp, P.C., and the attorney for the Defendant, that Plaintiff Robert Thomas' entire action against Richard Anderson, either officially or individually or otherwise, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further acknowledges he has received no money for entering into this dismissal from or on behalf of Richard Anderson.

**FURTHER,** it is stipulated that Plaintiff dismisses all claims, of any kind, asserted and not asserted, in the captioned matter or otherwise against all City of Stillwater officers, either officially or individually. These parties also agree that no costs or disbursements or attorney's

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 09 2001
DEPUTY CLERK

fees, including attorney's fees pursuant to 42 U.S.C. § 1988, Minn. Stat. § 549.21 or Minn. Stat. § 549.211, will be sought, recovered, or paid by Plaintiff or the dismissed Defendant.

The undersigned hereby prays for an Order of the Court dismissing all claims against Richard Anderson, either officially or individually or otherwise.

Dated: 9/4/01

**GARTNER, BENNETT & SCHUPP, P.C.**

By: [signature]
Robert Bennett (A.R.#6713)
2200 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 333-3839

**ATTORNEYS FOR PLAINTIFF**

Dated: 11/5/01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: [signature]
Pierre N. Regnier (A.R.#90232)
Joseph E. Flynn (A.R.#165712)
444 Cedar Street, Suite 2100
St. Paul, MN 55101
(651) 290-6500

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff Robert Thomas against Defendant Richard Anderson are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 11/09/01

**BY THE COURT:**

Judge of United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action against Defendant Richard Anderson be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court this ________ day of ____________________, 2001.

**BY THE COURT:**

Court Administrator